FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 31 "' 3: 13

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BERNARD GREEN,

    Plaintiff,

vs.

BILLY TOMPKINS; JAMES E. DONALD; BILLY O. BROWN, and DERRICK SCHOFIELD,

    Defendants.

CIVIL ACTION NO.: CV606-004

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion for Summary Judgment is **GRANTED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _31_ day of _January_, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)